IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CR-03-145-R |
| | ) |
| KENYA L. NICHOLSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Kenya Lasale Nicholson's Reply [Doc. No. 510] to Government's Response [Doc. No. 508] in Opposition to Mr. Nicholson's prior Motion [Doc. No. 506] for Sentence Modification. This Court issued an Order denying Mr. Nicholson's motion on September 6, 2023. [Doc. No. 509].

Mr. Nicholson sent his Reply on September 11, 2023, and this Court received it on September 18, 2023. *See* Reply at 5. As such, it was filed out of time, even with the benefit of the "prisoner mailbox rule."[1] Parties must file a Reply within seven days of a Response being filed per LCvR7.1(i).[2] Seeing as the Government filed its Response on August 11, 2023, Mr. Nicholson was provided ample time to reply if he so desired. Accordingly, Mr. Nicholson's Reply is deemed untimely.

---

[1] *Lockaby v. Young*, 42 Fed.Appx. 313, 318 (10th Cir. 2002) ("an inmate's pleadings are deemed filed as of the date on which they are deposited into the appropriate prison mailing system.")

[2] *See* "Local Court Rules," https://www.okwd.uscourts.gov/rules-procedures/local-rules/.

Regardless of its timing, Mr. Nicholson's Reply raises no meritorious arguments that impact this Court's decision. The Order stands.

**IT IS SO ORDERED** this 21st day of September 2023.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE